Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------- x

BONNIE VENT, d/b/a GENESIS CREATIONS,  )
                                )
                Plaintiff,        )
                                )
      v.                      )  Civil Action No. 7:08-cv-02538-SCR
                                )
MARS SNACKFOOD US, LLC and MARS, INC., )  (ECF)
                                )
             Defendants.     )
                                )

---------------------------------------- x

## MOTION FOR *PRO HAC VICE* ADMISSION OF KENNETH J. BROWN

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

> Kenneth J. Brown, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> Tel. (202) 434-5000
> Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of Katherine G. Lindsey and

Certificates of Good Standing from the Virginia and District of Columbia Bars, of which Mr.

Brown is a member. A proposed Order is attached hereto.



- 2 -

Respectfully submitted,

By: _____
Katherine G. Lindsey (0902)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel.  (202) 434-5000
Fax.  (202) 434-5029

*Attorneys for Defendants*

Dated: April 3, 2008

Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BONNIE VENT, d/b/a GENESIS CREATIONS, )
                                    )

               Plaintiff,               )

                                      )

              v.                            )   Civil Action No. 7:08-cv-02538-SCR

                                      )

MARS SNACKFOOD US, LLC and MARS, INC., )   (ECF)

                                      )

             Defendants.            )

                                      )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF KENNETH J. BROWN

I, KATHERINE G. LINDSEY, declare as follows:

      1.      I am an attorney with the law firm of Williams & Connolly LLP, counsel for

Defendants in the above-captioned matter, and a member in good standing of the bar of this

Court since June 12, 2007. I submit this affidavit in support of the Motion for *Pro Hac Vice*

Admission of Kenneth J. Brown in the above-captioned matter pursuant to Local Civil Rule

1.3(c).

      2.      I have known and worked with Mr. Brown since 2005. Mr. Brown is an attorney

of the highest ethical and moral character, competence and experience, and I am confident that

he will conduct himself accordingly before this Court.

- 2 -

3.    In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia and District of Columbia Bars, of which Mr. Brown is a member.  I am aware of no pending disciplinary proceedings against Mr. Brown in any state or federal court.

4.    For the foregoing reasons, I respectfully move the *pro hac vice* admission of Kenneth J. Brown in the above-captioned matter.  For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on April 3, 2008.

Katherine G. Lindsey (0902)



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT KENNETH JEROME BROWN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD

STANDING.    **MR. BROWN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 2002,** AFTER SUCCESSFULLY

PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued March 27, 2008

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

KENNETH J. BROWN

was on the    7TH    day of    JUNE, 2004

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on March
25, 2008.


GARLAND PINKSTON, JR., CLERK


By: _Ul.Chailer_
                Deputy Clerk

Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BONNIE VENT, d/b/a GENESIS CREATIONS,    )
                                         )
                        Plaintiff,       )
                                         )
            v.                           )   Civil Action No. 7:08-cv-02538-SCR
                                         )
MARS SNACKFOOD US, LLC and MARS, INC., ) (ECF)
                                         )
                        Defendants.      )
                                         )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Kenneth J. Brown, Esquire, in the above-

captioned matter, it is this __ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Kenneth J. Brown shall be admitted *pro hac*

*vice* in the above-captioned matter.  Counsel shall remit the required $25 fee to the Cashier's

Office for this *pro hac vice* admission.

SO ORDERED:


_____
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine G. Lindsey, hereby certify that on this 3rd day of April, 2008, I

caused a true and correct copy of the Motion for Admission *Pro Hac Vice* of Kenneth J. Brown,

with supporting Affidavit and proposed Order, to be served via Federal Express on the following

counsel:

Kevin T. Mulhearn, Esq.
Kevin T. Mulhearn, P.C.
60 Dutch Hill Road, Suite 8
Orangeburg, New York  10962

*Attorneys for Plaintiffs*

Katherine G. Lindsey, Esq. (0902)