Fee paid
#25.00
E641950

Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

FILED
U.S. DISTRICT COURT
2008 APR -4 P 2:43
S.D. OF N.Y. W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| BONNIE VENT, d/b/a GENESIS CREATIONS, Plaintiff, | |
| v. | Civil Action No. 7:08-cv-02538-SCR |
| MARS SNACKFOOD US, LLC and MARS, INC., Defendants. | (ECF) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF R. HACKNEY WIEGMANN**

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

R. Hackney Wiegmann, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

This Motion is based on the accompanying Affidavit of Katherine G. Lindsey and Certificates of Good Standing from the Virginia and District of Columbia Bars, of which Mr. Wiegmann is a member. A proposed Order is attached hereto.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: ______

Respectfully submitted,

By: ______________________
Katherine G. Lindsey (0902)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Attorneys for Defendants*

Dated: April 3, 2008

Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | | |
|---|---|---|
| BONNIE VENT, d/b/a GENESIS CREATIONS,<br><br>Plaintiff,<br><br>v.<br><br>MARS SNACKFOOD US, LLC and MARS, INC.,<br><br>Defendants. | ) | Civil Action No. 7:08-cv-02538-SCR<br><br>(ECF) |

**AFFIDAVIT OF KATHERINE G. LINDSEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF R. HACKNEY WIEGMANN**

I, KATHERINE G. LINDSEY, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, counsel for Defendants in the above-captioned matter, and a member in good standing of the bar of this Court since June 12, 2007. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of R. Hackney Wiegmann in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known Mr. Wiegmann since 2005. Mr. Wiegmann is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3. In connection with this motion, I am submitting Certificates of Good Standing issued by the Virginia and District of Columbia Bars, of which Mr. Wiegmann is a member. I

am aware of no pending disciplinary proceedings against Mr. Wiegmann in any state or federal court.

4. For the foregoing reasons, I respectfully move the *pro hac vice* admission of R. Hackney Wiegmann in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on April 3, 2008.

Katherine G. Lindsey (0902)




# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT* **RICHARD HACKNEY WIEGMANN** *IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.* ***MR. WIEGMANN*** *WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON* ***OCTOBER 12, 1989,*** *AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

Issued March 28, 2008

*KAREN A. GOULD*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*



District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD H. WIEGMANN

was on the 26TH day of APRIL, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 24, 2008.

GARLAND PINKSTON, JR., CLERK

By: M. Charles
Deputy Clerk

Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| BONNIE VENT, d/b/a GENESIS CREATIONS, Plaintiff, | |
| v. | Civil Action No. 7:08-cv-02538-SCR |
| MARS SNACKFOOD US, LLC and MARS, INC., Defendants. | (ECF) |

**[Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of R. Hackney Weigmann, Esquire, in the above-captioned matter, it is this __ day of ___________ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT R. Hackney Wiegmann shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

______________________________
United States District Judge

**CERTIFICATE OF SERVICE**

I, Katherine G. Lindsey, hereby certify that on this 3rd day of April, 2008, I caused a true and correct copy of the Motion for Admission *Pro Hac Vice* of R. Hackney Wiegmann, with supporting Affidavit and proposed Order, to be served via Federal Express on the following counsel:

Kevin T. Mulhearn, Esq. (KM 2301)
Kevin T. Mulhearn, P.C.
60 Dutch Hill Road, Suite 8
Orangeburg, New York 10962

*Attorneys for Plaintiffs*

Katherine G. Lindsey, Esq. (0902)