Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------ x
BONNIE VENT, d/b/a GENESIS CREATIONS,   )
)
Plaintiff,   )
)
v.   )   Civil Action No. 7:08-cv-02538-SCR
)
MARS SNACKFOOD US, LLC and MARS, INC.,   )   (ECF)
)
Defendants.   )
)
------------------------------------ x

## [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of R. Hackney Weigmann, Esquire, in the above-captioned matter, it is this 7th day of April 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT R. Hackney Wiegmann shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge