UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BONNIE VENT, d/b/a GENESIS CREATIONS,    )
                                         )
                    Plaintiff,           ) Civil Action No. 7:08-cv-02538-SCR
                                         )
          v.                             ) (ECF)
                                         )
MARS SNACKFOOD US, LLC, and              ) ORAL ARGUMENT REQUESTED
MARS, INCORPORATED,                      )
                                         )
                    Defendants.          )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' NOTICE OF MOTION
## TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Defendants Mars, Incorporated and Mars Snackfood US, LLC move this Court before the Honorable Stephen C. Robinson, U.S. District Judge, United States Courthouse, 300 Quarropas Street, White Plains, New York for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action with prejudice.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

_____/s/_____
Katherine G. Lindsey (KL-0902)
R. Hackney Wiegmann

*Of Counsel*
Kenneth J. Brown

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

Dated: April 14, 2008                    *Attorneys for Defendants*