UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BONNIE VENT, d/b/a GENESIS CREATIONS,  )
                                        )
                    Plaintiff,          ) Civil Action No. 7:08-cv-02538-SCR
                                        )
         v.                             ) (ECF)
                                        )
MARS SNACKFOOD US, LLC, and             )
MARS, INCORPORATED,                     )
                                        )
                    Defendants.         )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Mars, Incorporated and Mars Snackfood US, LLC submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock.

1.  Mars, Incorporated has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2.  The parent of Mars Snackfood US, LLC is Mars, Incorporated. No publicly held corporation owns 10% or more of Mars Snackfood US, LLC's membership interests.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

        _____/s/_____
        Katherine G. Lindsey (KL-0902)
        R. Hackney Wiegmann

        *Of Counsel*
        Kenneth J. Brown

        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        (202) 434-5000
        (202) 434-5029 (facsimile)

        *Attorneys for Defendants*

Dated: April 14, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 14th day of April, 2008, I caused true and correct copies of Defendants' Rule 7.1 Disclosure Statement to be served electronically via the Court's ECF system on the following counsel:

Kevin Thomas Mulhearn
Kevin T. Mulhearn, P.C.
60 Dutch Hill Road
Suite 8
Orangeburg, NY 10962
(845) 398-0361
(845) 398-3836
Email: kmulhearn@ktmlaw.net

*Attorney for Plaintiffs*


                                                              /s/
                                          Katherine G. Lindsey