| | | | | |
|---|---|---|---|---|
| JOHN W. VARDAMAN | STEVEN R. KUNEY | | DAVID M. ZINN | NICHOLAS J. BOYLE |
| PAUL MARTIN WOLFF | GERSON A. ZWEIFACH | | JOSEPH G. PETROSINELLI | ADAM L. PERLMAN |
| JOHN G. KESTER | PAUL MOGIN | LAW OFFICES | STEVEN M. FARINA | ANDREW W. RUDGE |
| WILLIAM E. McDANIELS | HOWARD W. GUTMAN | **WILLIAMS & CONNOLLY LLP** | KEVIN M. DOWNEY | DENEEN C. HOWELL |
| BRENDAN V. SULLIVAN, JR. | MARK S. LEVINSTEIN | | THOMAS G. HENTOFF | ALEX G. ROMAIN |
| RICHARD M. COOPER | VICTORIA RADD ROLLINS | 725 TWELFTH STREET, N.W. | PAUL B. GAFFNEY | DAVID A. FORKNER |
| GERALD A. FEFFER | DANIEL F. KATZ | | ROBERT A. VAN KIRK | JONATHAN M. LANDY |
| JERRY L. SHULMAN | WILLIAM R. MURRAY, JR. | WASHINGTON, D. C. 20005-5901 | MARCIE R. ZIEGLER | CHRISTOPHER N. MANNING |
| ROBERT B. BARNETT | EVA PETKO ESBER | | KENNETH C. SMURZYNSKI | RYAN T. SCARBOROUGH |
| DAVID E. KENDALL | STEPHEN D. RABER | | JOHN E. SCHMIDTLEIN | JENNIFER G. WICHT |
| GREGORY B. CRAIG | DAVID C. KIERNAN | (202) 434-5000 | CRAIG D. SINGER | STEPHEN D. ANDREWS |
| JOHN J. BUCKLEY, JR. | LON E. MUSSLEWHITE | | JAMES L. TANNER, JR. | MALACHI B. JONES |
| TERRENCE O'DONNELL | ROBIN E. JACOBSOHN | FAX (202) 434-5029 | J. ANDREW KEYES | THOMAS H. L. SELBY |
| DOUGLAS R. MARVIN | HEIDI K. HUBBARD | | GILBERT O. GREENMAN | KEVIN HARDY |
| JOHN K. VILLA | GLENN J. PFADENHAUER | | M. ELAINE HORN | EDWARD C. BARNIDGE |
| BARRY S. SIMON | GEORGE A. BORDEN | www.wc.com | ENU MAINIGI | JOSEPH M. TERRY |
| KEVIN T. BAINE | ROBERT J. SHAUGHNESSY | | MICHAEL F. O'CONNOR | AARON P. MAURER |
| STEPHEN L. URBANCZYK | DAVID S. BLATT | | PAUL T. HOURIHAN | JON R. FETTEROLF |
| PHILIP J. WARD | ARI S. ZYMELMAN | EDWARD BENNETT WILLIAMS (1920-1988) | WILLIAM J. BACHMAN | |
| F. WHITTEN PETERS | DANE H. BUTSWINKAS | PAUL R. CONNOLLY (1922-1978) | MARGARET A. KEELEY | OF COUNSEL |
| JAMES A. BRUTON, III | LAURIE S. FULTON | | MEGAN E. HILLS | RAYMOND W. BERGAN |
| PETER J. KAHN | DENNIS M. BLACK | | EDWARD J. BENNETT | JEREMIAH C. COLLINS |
| LON S. BABBY | PHILIP A. SECHLER | | TOBIN J. ROMERO | DAVID POVICH |
| MICHAEL S. SUNDERMEYER | LYNDA SCHULER | | BETH A. LEVENE | J. ALAN GALBRAITH |
| JAMES T. FULLER | PAUL K. DUEFFERT | | THOMAS G. WARD | ROBERT P. WATKINS |
| BRUCE R. GENDERSON | HACKNEY WIEGMANN | | WILLIAM T. BURKE | MARY G. CLARK |
| CAROLYN H. WILLIAMS | ROBERT M. CARY | | LISA M. DUGGAN | STEVEN A. STEINBACH |
| F. LANE HEARD III | KEVIN M. HODGES | | JOHN E. JOINER | JACQUELINE E. MAITLAND DAVIES |

**MEMO ENDORSED**

April 9, 2008

**VIA FEDERAL EXPRESS**

The Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

[Stamp: CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.]

  Re: *Vent v. Mars Snackfood US, LLC et al.*, Civil Action No. 7:08-cv-02538-SCR

Dear Judge Robinson:

  Pursuant to Section II(A)(3) of the Court's Individual Practices, Defendants submit for your review the following briefing schedule for Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6):

> Defendants' Motion due ~~April 14, 2008~~ April 15, 2008
> Plaintiff's Opposition due ~~May 1, 2008~~ May 5, 2008
> Defendants' Reply due ~~May 12, 2008~~ May 16, 2008

This schedule, to which counsel for Plaintiff has agreed, does not alter the deadlines set forth in Local Rule 6.1(b).

  In addition, pursuant to Section II(E) of the Court's Individual Practices, Defendants request oral argument on their Motion to Dismiss.

**APPLICATION GRANTED**
*/s/ Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
4/14/08

Respectfully submitted,

*/s/ Kat S.*
Katherine G. Lindsey (KL-0902)

cc: Kevin T. Mulhearn, Esq. (counsel for Plaintiff)