Katherine G. Lindsey (0902)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BONNIE VENT, d/b/a GENESIS CREATIONS, )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>MARS SNACKFOOD US, LLC and MARS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 7:08-cv-02538-SCR<br><br>(ECF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### [Proposed] ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Kenneth J. Brown, Esquire, in the above-captioned matter, it is this 17th day of _April_ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Kenneth J. Brown shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED:

_____
United States District Judge