# KEVIN T. MULHEARN, P.C.
## ATTORNEY AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

JOSEPH J. ARTRIP

845-398-0361
Fax: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET

OF COUNSEL:
SANFORD COHEN

**VIA FAX ONLY (914) 390-4179**

April 29, 2008

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

RE: Vent v. Mars Snackfood US, LLC, et al.
Civil Action No. 7:08-CV-02538-SCR

Dear Judge Robinson:

Upon consent of Defendants' counsel, Plaintiff hereby respectfully requests that the briefing schedule for Defendants' Motion to Dismiss (filed on April 14, 2008) be amended as follows:

Plaintiff's Opposition papers (originally due on May 5, 2008) to be due May 19, 2008
Defendants' Reply papers to be due May 30, 2008

If this modified briefing schedule is acceptable to the Court, please so endorse this letter.

Thank you.

Sincerely,

KEVIN T. MULHEARN

KTM/cbd

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION

4/30/08

cc: Kenneth J. Brown, Esq. (VIA FAX 202-434-5029)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: