**KEVIN T. MULHEARN, P.C.**
ATTORNEY AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

845-398-0361
FAX: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET

**VIA FAX ONLY**

June 23, 2008

Hon. Stephen C. Robinson
U.S.D.C., S.D.N.Y.
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601-4150

**MEMO ENDORSED**

RE:   Vent v. Mars Snackfood US, LLC et al.
      Civil Action No. 7:08 -cv- 02538 -SCR
      Plaintiff's Memorandum of Law in Opposition

Dear Judge Robinson:

Kindly be advised that Plaintiff filed her Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint on Saturday morning, June 21, 2008 at 7:16 A.M., via ECF filing. The parties had agreed that Plaintiff's opposition was due by midnight on June 20, 2008.

Although the brief was completed by midnight of June 20, 2008, I had technical difficulties that evening with the scan component of the ECF filing. With the assistance of my paralegal, we were able to effectuate the requisite ECF filing early Saturday morning.

As Plaintiff's opposition brief was technically slightly late, we will extend Defendants the courtesy of having additional time to submit their reply papers (schedule mandates July 2, 2008).

Please be further advised that a courtesy copy of Plaintiff's opposition brief was sent to Chambers via express mail on Saturday, June 21, 2008.

Thank you.

Sincerely,

KEVIN T. MULHEARN

KTM/cbd/enc.

cc:   Kenneth J. Brown, Esq.

*Defendants' reply papers are to be submitted by 7/2/08.*

**SO ORDERED**

Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

6/24/08